FILED
14-0443
6/1/2015 1:56:15 PM
tex-5491370
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## NO. 14-0443

## IN THE SUPREME COURT OF TEXAS

**GATOR APPLE, LLC,**

*Petitioner,*

VS.

**APPLE TEXAS RESTAURANTS, INC.,**

*Respondent.*

**Appeal from the Fifth District Court of Appeals, Dallas Texas**
**Appeal No. 05-12-01369-CV**
**134th District Court, Dallas County, Texas**
**Trial Court No. DC-11-6565**

## PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING OF PETITION FOR REVIEW

**R. MICHAEL NORTHRUP**
**State Bar Card No. 15103250**
**mnorthrup@cowlesthompson.com**
**HILAREE A. CASADA**
**State Bar Card No. 24027676**
**hcasada@cowlesthompson.com**
**COWLES & THOMPSON, P.C.**
**901 Main Street, Suite 3900**
**Dallas, TX 75202**
**(214) 672-2000**
**(214) 672-2020 (FAX)**

**ATTORNEYS FOR PETITIONER,**
**GATOR APPLE, LLC**

1502642.1

**TO THE HONORABLE SUPREME COURT OF TEXAS:**

Petitioner, Gator Apple, LLC (Gator), files this Second Motion for Extension of Time to File Motion for Rehearing of Petition for Review, and in support of the requested extension shows the Court the following:

1.    The deadline for filing the Motion for Rehearing is Monday, June 1, 2015.

2.    Petitioner seeks an 8-day extension of time to file its motion for rehearing, or up to and including, Tuesday, June 9, 2015.

3.    Petitioner requires an extension of time to file the motion for the following reasons:

   a.    Lead Appellate Counsel, Michael Northrup has been involved in other matters which precluded him from completing the motion in the time permitted.  In particular, Mr. Northrup had to prepare for an unanticipated and late-noticed hearing in *In re the Guardianship of Sydney Ayn LaRoe*, No. PR-09-3185-1, pending in the Probate Court No. 1, Dallas County, Texas.  Mr. Northrup also had to perform emergency research on this matter in order to ensure that the Ward's interests were adequately protected.

   b.    Mr. Northrup is co-counsel in *Wal-Mart Stores, Inc. v. Forte*, which is pending before this Court on certified questions, Case No. 15-0146.

Wal-Mart's brief is due for filing on Friday, June 5, 2015, and Mr. Northrup will be involved with preparing the brief for filing.

c.     Mr. Northrup is also scheduled to attend the UT Conference on Federal and State Appeals in Austin, Texas this week on June 4th and June 5th, 2015.

d.     Co-counsel, Hilaree Casada, has been involved in other matters which precluded her from drafting the motion for rehearing, and was out of town on a prepaid vacation from May 24, 2015 through May 31, 2015.

e.     Ms. Casada has also been involved in reviewing the appellate record and preparing Appellants' Brief in *Masik & Young Plaza, LLC et al. v. K-Town Management, LLC, et al.,* 05-15-00353-CV, pending in the Fifth District Court of Appeals at Dallas.

f.     Ms. Casada also prepared the jury charge and trial summary in *Triple M GmbH v. Daniel Kondos*, Cause Number 429-01826-2014, currently pending in the 429th Judicial District Court of Collin County, Texas.

g.     Ms. Casada is also involved in preparing motions for summary judgment in two separate cases: (1) *Debra Halcumb, et al. v. Helmerich and Payne, Inc., et al.*, C.A. No. 6:12-CV-00615-LED,

currently pending in the United States District Court for the Eastern District of Texas, and (2) *Wal-Mart Stores, Inc. v. Western Builders of Amarillo, Inc., et al.*, Case No. CJ-2010-449, currently pending in the District Court of Creek County, Oklahoma.

h.    Ms. Casada is also reviewing the appellate record and preparing Appellants' Brief in *Eusebio Palacios v. Jayaben Patel*, Cause No. 08-15-00072-CV, currently pending in the Eighth District Court of Appeals at El Paso.

i.    In addition, various other internal deadlines and routine projects have prevented Mr. Northrup and Ms. Casada from preparing the motion for rehearing in this matter.

4.    There has been one prior 14-day extension of time for filing this motion for rehearing.

5.    Petitioner would further show that the appeal to this Court is taken from the Fifth District Court of Appeals, which issued its opinion and judgment March 5, 2014. Petitioner timely filed a motion for rehearing in the court of appeals on March 20, 2014, which was denied on April 7, 2014. Petitioner then filed a motion for rehearing en banc on April 22, 2014, which was denied on May 14, 2014.

The facts set out above are within the personal knowledge of the undersigned counsel.

WHEREFORE, PREMISES CONSIDERED, Petitioner Gator Apple, LLC respectfully requests that the Court grant this motion for extension of time to file its motion for rehearing of the petition for review and afford Gator up to and including Tuesday, June 9, 2015, to file its motion.  Gator requests such further and additional relief as the Court deems appropriate.

**Respectfully submitted,**

By: _____
    **R. MICHAEL NORTHRUP**
    Texas Bar No. 15103250
    mnorthrup@cowlesthompson.com
    **HILAREE A. CASADA**
    Texas Bar No. 24027676
    hcasada@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000 (Tel)
(214) 672-2020 (Fax)

**ATTORNEYS FOR PETITIONER
GATOR APPLE, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that he contacted lead counsel for Respondent regarding this motion and she stated that the Respondent opposes the requested extension of time.

_____
**R. Michael Northrup**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the June 1, 2015, a true and correct copy of this motion was delivered via Electronic Service to the counsel of record listed below.

Beverly Whitley
beverlyw@bellnunnally.com
Kristopher H. Hill
kristopherh@bellnunnally.com
Bell, Nunnally & Martin, LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204
*Counsel for Respondent*

Robert B. Gilbreath
rgilbreath@hptylaw.com
Hawkins Parnell Thackston
& Young, LLP
4514 Cole Avenue, Suite 500
Dallas, Texas 75205-5412
*Amicus Curiae*

_____
**R. MICHAEL NORTHRUP**

1502642.1